IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANNA REED**                                                                       **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00254-BSM**

**BRANMAT CORPORATION, dba**
**ARKANSAS PEDIATRIC FACILITY**                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE